UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

THEODORE A. LOWNSBERY,

      *Plaintiff*,

Case No. 16-14293

v.

Paul D. Borman
United States District Judge

COMMISSIONER OF SOCIAL SECURITY,

Patricia T. Morris
United States Magistrate Judge

      *Defendant*.
_____/

**OPINION AND ORDER: (1) ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION (ECF NO. 5); AND (2) SUMMARILY DISMISSING COMPLAINT (ECF NO. 1) PURSUANT TO 28 U.S.C. § 1914(A) AND § 1915**

Now before the Court is the Report and Recommendation of Magistrate Judge Patricia T. Morris recommending that the Court dismiss this case under 28 U.S.C. § 1914(a) and § 1915, based on Plaintiff's failure either to pay the required filing fee or to submit an application to proceed *in forma pauperis*. No objections were filed to the Report and Recommendation.

Having reviewed the Report and Recommendation and there being no timely objections from either party under 28 U.S.C. § 636(b)(1) and E.D. Mich L.R. 72.1(b), the Court ADOPTS the Magistrate Judge's Report and Recommendation (ECF No. 5), and DISMISSES Plaintiff's Complaint (ECF No. 1) without prejudice.

IT IS SO ORDERED.

      s/Paul D. Borman
      Paul D. Borman
      United States District Judge

Dated: January 31, 2017

CERTIFICATE OF SERVICE

    The undersigned certifies that a copy of the foregoing order was served upon each attorney or party of record herein by electronic means or first class U.S. mail on January 31, 2017.

                                          s/D. Tofil  
                                          Deborah Tofil, Case Manager